| IN THE MATTER OF THE | * | IN THE |
| --- | --- | --- |
| REINSTATEMENT OF | * | |
| JOEL D. JOSEPH TO THE | * | COURT OF APPEALS |
| PRACTICE OF LAW | * | |
| | * | OF MARYLAND |
| | * | |
| | * | Misc. Docket AG |
| | * | |
| | * | No. 11 |
| | * | |
| | * | September Term, 2015 |

## ORDER

This matter came before the Court on the Petition for Reinstatement of Joel D. Joseph, the supplement to the petition and the Response of Bar Counsel; and

The Court having considered the Petition, the supplement and Response, it is this 17th day of June, 2015, by the Court of Appeals of Maryland;

ORDERED, that the Petition and supplement be, and the same are hereby DENIED.

/s/ Mary Ellen Barbera
Chief Judge